UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES E. TOWNSEND, SR.,

      Plaintiff,

v.                           Case No.  8:16-cv-1-T-33AEP

DEPARTMENT OF REVENUE/CHILD
SUPPORT ENFORCEMENT,

      Defendant.
_____/

### ORDER

This matter comes before the Court sua sponte. This matter is hereby transferred, with her consent, to the Honorable Mary S. Scriven, United States District Judge, for all further proceedings.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Clerk is directed to reassign this case to Judge Scriven, with her consent, for all further proceedings.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 29th day of January, 2016.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE